JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MORENO, *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>ABC PHONES OF NORTH CAROLINA, INC., *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-00831-FLA (AJRx)<br><br>**ORDER APPROVING STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT [DKT. 28]** |

**RULING**

On April 8, 2024, the court Ordered the parties to Show Cause ("OSC") why the action should not be remanded to the Los Angeles County Superior Court. Dkt. 22. On April 25, 2024, the parties filed a Stipulation agreeing and stipulating to the remand. Dkt. 28. Having reviewed the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and REMANDS this action to the Los Angeles County Superior Court, Case No. 23STCV31717, for further litigation and proceedings. The OSC is DISCHARGED.

IT IS SO ORDERED.

Dated: April 26, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2